UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| ANGELIA KAY HALL,  §<br>    Plaintiff,  §<br>             §<br>v.           §<br>             §<br>AMON BRIAN ROPER and  §<br>ROPERS, LLC         §<br>    Defendants.      § | CASE NO. 4:11-CV-00503<br><br>JURY DEMANDED |

### ORDER ON STIPULATION OF DISMISSAL

After considering the Stipulation of Dismissal [de #7] , the court

GRANTS the stipulation and dismisses the case with prejudice.

**SIGNED this the 2nd day of September, 2013.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE

APPROVED & ENTRY REQUESTED:

*/s/ Gregory B. Fell*
_____
**Gregory B. Fell**
Attorney for Plaintiff


*/s/ Ray Murphy*
_____
**Ray Murphy**
Attorney for Defendants